**Order issued March 31, 2017**



In The

# Court of Appeals

For The

# First District of Texas

---

## NO. 01-17-00182-CV

---

**OLGA GUTIERREZ, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR WITH WILL ANNEXED FOR THE ESTATE OF ENEDINA GUTIERREZ, DECEASED, Appellant**

**V.**

**STEWART TITLE COMPANY, Appellee**

---

**On Appeal from Probate Court**
**Galveston County, Texas**
**Trial Court Cause No. PR-62,112-E**

---

# MEMORANDUM ORDER

This case is related to the following case previously filed in the Court of Appeals for the

Fourteenth District of Texas: Olga Gutierrez, Individually and as Independent Administrator

with Will Annexed for the Estate of Enedina Gutierrez, Deceased v. Stewart Title Company, No.

14-16-00753-CV and 14-16-00755-CV. Pursuant to this Court's Local Rule 1.5, this case is

transferred to the Fourteenth Court. The Clerk of this Court shall send to the Clerk of the Fourteenth Court: (1) the clerk's record and reporter's record, if any; (2) all documents filed in this case; and (3) certified copies of all orders, judgments, and opinions from this Court, if any. The clerk shall keep the original of all orders, judgments, and opinions of this court.


/s/ Sherry Radack
Chief Justice Sherry Radack
Acting Individually